

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-13-00534-CR**
**NO. 02-13-00535-CR**

JIMIE GRIFFIN                                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                                       STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jimie Griffin filed notices of appeal of his two convictions for robbery by threats. In each case, Griffin pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to two years' confinement. The trial court's certification of Griffin's right to appeal in

---

[1]*See* Tex. R. App. P. 47.4.

each case states that this case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On November 6, 2013, we notified Griffin that these appeals may be dismissed based on the trial court's certifications unless he or any party desiring to continue these appeals filed a response on or before November 18, 2013, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f). Griffin filed a response, but it does not state any grounds for continuing the appeals.[2]

In accordance with the trial court's certifications, we therefore dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 23, 2014

---

[2]Griffin also filed a pro se motion to dismiss these appeals on November 21, 2013. Based on our disposition of this appeal, we dismiss that motion as moot. *See* Tex. R. App. P. 42.2(a).